EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

FILED
2019 FEB -1  AM 10: 24
DANIEL M. LAVILLE, CLERK
BANKRUPTCY COURT
WEST DIST. OF MICH.

In re:

# BRIAN KEITH HOWE

Case No.

Chapter 7

Debtor(s).
_____/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 2004 Chevrolet Colorado | Yes | Bay View Ins. 4200 3 Mile Road, TC, MI | 05/11/19 | Yes |
| 2000 Saturn LW | Yes | Bay View Ins. 4200 3 Mile Road, TC, MI | 05/11/19 | Yes |
| 1996 Ford Taurus | Yes | Bay View Ins. 4200 3 Mile Road, TC, MI | 05/11/19 | No |
| 1989 Chevrolet Silverado | Yes | Bay View Ins. 4200 3 Mile Road, TC, MI | 05/11/19 | No |
| 1977 Dodge Sportsman | No | Bay View Ins. 4200 3 Mile Road, TC, MI | 05/11/19 | No |
| 4704 Old M-37 | Yes | Bay View Ins. 4200 3 Mile Road, TC, MI | 05/11/19 | Yes |
|  |  |  |  |  |
|  |  |  |  |  |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐    No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **01/29/2019**    _____
                                                                    Debtor

Dated: _____    _____
                                                                    Joint Debtor (if any)

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.